UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 28379
    HERON WATSON
    YOLANDA WATSON                        CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-9396      SSN XXX-XX-8323
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/02/2004 and was confirmed 10/28/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was paid in full 04/17/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PEOPLES GAS LIGHT & COKE | UNSECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 11750.00 | 1343.23 | 11750.00 |
| FORD MOTOR CREDIT | UNSECURED | 6684.03 | .00 | 668.40 |
| ECAST SETTLEMENT CORP | SECURED | 4994.00 | 524.52 | 4994.00 |
| LASALLE BANK | CURRENT MORTG | .00 | .00 | .00 |
| LASALLE BANK | MORTGAGE ARRE | 326.00 | .00 | 326.00 |
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | MORTGAGE ARRE | 3597.90 | .00 | 3597.90 |
| ECAST SETTLEMENT CORP | UNSECURED | 5608.14 | .00 | 560.81 |
| CHICAGO MUNICIPAL EMPLOY | SECURED | 2144.43 | 318.59 | 2144.43 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 5709.73 | .00 | 570.97 |
| ROUNDUP FUNDING LLC | UNSECURED | 1303.30 | .00 | 130.33 |
| GEICO & AFFILIATES | UNSECURED | NOT FILED | .00 | .00 |
| IN CHARGE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 820.27 | .00 | 82.03 |
| RESURGENT ACQUISITION LL | UNSECURED | 3458.20 | .00 | 345.82 |
| AT & T BANKRUPCTY | UNSECURED | 254.80 | .00 | 25.48 |
| RESURGENT ACQUISITION LL | UNSECURED | 500.73 | .00 | 50.07 |
| ROUNDUP FUNDING LLC | UNSECURED | 355.20 | .00 | 35.52 |
| VISA | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO MUNICIPAL EMPLOY | SECURED | 6861.22 | 1019.26 | 6861.22 |
| ECAST SETTLEMENT CORP | UNSECURED | 37.25 | .00 | 3.73 |
| ECAST SETTLEMENT CORP | UNSECURED | 357.18 | .00 | 35.72 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 605.20 | | 605.20 |
| TOM VAUGHN | TRUSTEE | | | 2,140.99 |
| DEBTOR REFUND | REFUND | | | 1,015.78 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 39,150.00 | |

```
PRIORITY                                              .00
SECURED                                         29,673.55
     INTEREST                                    3,205.60
UNSECURED                                        2,508.88
ADMINISTRATIVE                                     605.20
TRUSTEE COMPENSATION                             2,140.99
DEBTOR REFUND                                    1,015.78
                      ---------------    ---------------
TOTALS                      39,150.00          39,150.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 07/29/08                /s/ Tom Vaughn
                               _____
                               TOM VAUGHN
                               CHAPTER 13 TRUSTEE